McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 07-S-CV-1667 GEB GGH<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of a pending I-130 petition by U.S. Citizenship and Immigration Services (CIS). Plaintiff Jessica Lopez has now withdrawn her I-130 application before CIS. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: March 10, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney

By: /s/Audrey Hemesath
     Audrey B. Hemesath
     Assistant U.S. Attorney
     Attorneys for the Defendants

By: /s/ Douglas M. Lehrman
     Douglas M. Lehrman
     Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

Dated:  March 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge